# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CHAVARRIA,<br><br>         Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>         Defendant. | Case No.: 16-cv-00617-H-RBB<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF ON DISABILITY DISCRIMINATION AND FAILURE TO ACCOMMODATE** |

On January 23, 2018, this action came before the Court for a jury trial with the Hon. Marilyn L. Huff presiding. Plaintiff Jesse Chavarria appeared and was represented by Geniene B. Stillwell and Freda Tjoarman. Defendant Management & Training Corporation appeared and was represented by Christopher B. Cato and Craig D. Nickerson.

The jury issues have been tried, and on February 1, 2018, the jury rendered its unanimous verdict on the claims of Disability Discrimination and Failure to Accommodate as follows:

### Disability Discrimination

1. Was Defendant Management & Training Corporation an employer? **YES**
2. Was Jesse Chavarria able to perform the essential job duties of his position

with or without reasonable accommodation for his disability? **YES**

3. Was Jesse Chavarria's disability a substantial motivating reason for Management & Training Corporation's decision to terminate his employment? **YES**

4. Was Management & Training Corporation's decision a substantial factor in causing harm to Jesse Chavarria? **YES**

### Failure to Accommodate

5. Did Jesse Chavarria have a disability prior to or at the time his employment was terminated? **YES**

6. Did Management & Training Corporation know of Jesse Chavarria's disability prior to or at the time his employment was terminated? **YES**

7. Was Jesse Chavarria able to perform the essential job duties with reasonable accommodation for his disability? **YES**

8. Did Management & Training Corporation fail to provide reasonable accommodation for Jesse Chavarria's disability? **YES**

9. Was Management & Training Corporation's failure to provide reasonable accommodation for Jesse Chavarria's disability a substantial factor in causing harm to him? **YES**

### Damages

The jury unanimously determined the following amount of damages:

24. What are Jesse Chavarria's damages (Note: the following items of damages are recoverable only once under all of the above legal theories.)

A. Past economic damages:
   $**202,242**

B. Future economic damages:
   **$47,758**

C. Past non-economic damages:
   **$0**

      D.      Future non-economic damages:

            **$0**

## Punitive Damages

25.    Has Jesse Chavarria proven by clear and convincing evidence that an officer, director, or managing agent of Management & Training Corporation is guilty of malice, fraud, or oppression in engaging in the conduct upon which you base your liability verdict(s) against Management & Training Corporation ("malice" here refers to the term "malice" found in the punitive damages instruction)?  **NO**

\*    \*    \*

The jury was unable to come to a unanimous decision on Plaintiff's remaining claims, but economic and non-economic damages are recoverable only once under each of Plaintiff's causes of action.  Accordingly, pursuant to the jury's findings, the Court enters judgment in favor of Plaintiff and against Defendant on Plaintiff's claims of Disability Discrimination and Failure to Accommodate, and awards Plaintiff for a total of $250,000 in damages against Defendant plus costs and fees, if any, as provided by law.

**IT IS SO ORDERED.**

DATED:  February 5, 2018

                                      MARILYN L. HUFF, District Judge
                                      UNITED STATES DISTRICT COURT