UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CHAVARRIA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>　　　　　　　　　　　Defendant. | Case No.: 16-cv-00617-H-RBB<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO DISMISS; and**<br><br>**(2) DENYING AS MOOT MOTION FOR ATTORNEY FEES AND COSTS**<br><br>[Doc. Nos. 162, 170.] |

On April 19, 2018, the parties filed a joint motion to dismiss this case with prejudice. (Doc. No. 170.) The Court grants the motion and dismisses this case with prejudice. This order does not vacate or otherwise disturb the judgment. (Doc. No. 153.) The Court denies Plaintiff's motion for attorney fees and costs as moot. (Doc. No. 162.)

**IT IS SO ORDERED.**

DATED: April 20, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT